**Jeffrey E. JOHNSON, Plaintiff–
Appellant,**

v.

**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY (MWAA), Defendant–Appellee,**

and

**James Wilding, CEO; Elmer Hunt Tippett, Jr., Vice President for Public Safety; Arl Williams, Vice President for Human Resources; Leo J. Rossiter, Chief of Police; Michael Czlonka, Deputy Police Chief support Services Bureau, Defendants.**

**No. 02–1559.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Nov. 27, 2002.

Jeffrey E. Johnson, Appellant Pro Se. Morris Kletzkin, Mark David Crawford, Friedlander, Misler, Sloan, Kletzkin & Ochsman, P.L.L.C., Washington, D.C., for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jeffrey E. Johnson filed a complaint alleging employment discrimination in his termination as a police planner for the Metropolitan Washington Airports Authority (MWAA) and in MWAA's failure to hire him for other positions. The district court conducted a hearing and granted summary judgment in favor of MWAA for the reasons stated from the bench. Johnson appeals. We have reviewed the record and the district court's statements from the bench. The court properly found that, even if Johnson could make a prima facie showing of discriminatory treatment, MWAA showed legitimate, non-discriminatory reasons for the adverse employment actions and that Johnson failed to show that the reasons were pretextual. *Reeves v. Sanderson Plumbing Prods., Inc.*, 530 U.S. 133, 137–39, 120 S.Ct. 2097, 147 L.Ed.2d 105 (2000). Accordingly, we affirm on the reasoning of the district court as stated at the hearing on January 4, 2002. *See Johnson v. Metropolitan Washington Airports Authority*, No. CA–01–1614–A (E.D. Va. filed April 19, 2002 & entered April 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*